ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 15-639 C |
| | ) | Judge L. Griggsby |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

FILED
JUL 10 2015
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Michael D. Austin_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

*[signature]*

MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0321
Facsimile: (202) 305-7643
Email: Michael.Austin@usdoj.gov

Dated: ~~June~~ July 10, 2015

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10th day of July, 2015, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

> CHELSEA L. DAVIS
> 25 Highland Park Village
> Suite 100-830
> Dallas, TX 75205

*[signature]*