ORIGINAL

# In the United States Court of Federal Claims

| | ) | |
|---|---|---|
| CHELSEA L. DAVIS, | ) | **FILED** AUG 3 1 2015 |
| Plaintiff, | ) | No. 15-639C U.S. COURT OF FEDERAL CLAIMS |
| v. | ) | Filed August 31, 2015 |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## SHOW CAUSE ORDER

Plaintiff *pro se*, Chelsea L. Davis, filed her complaint on June 19, 2015 (docket entry no. 1). On July 10, 2015, the Department of Justice entered notice of appearance in this matter (docket entry no. 3). Pursuant to Rule 12(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), the deadline for defendant to file its answer or response to the complaint was August 20, 2015. *See* RCFC 12(a)(1).

In view of the foregoing, the Court hereby **ORDERS** that:

1. Defendant shall **SHOW CAUSE** why it failed to timely file an answer or response to plaintiff's complaint (docket entry no. 1) in writing on or before **Monday, September 14, 2015**;

2. Defendant shall also **FILE** a response to plaintiff's complaint (docket entry no. 1) on or before **Monday, September 14, 2015**.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge