**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |
|---|---|
| CHELSEA L. DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) | No. 15-639C <br><br> Filed October 9, 2015 |

## ORDER

On October 9, 2015, plaintiff attempted to file a document styled as "Chelsea L. Davis's Special/Non-Appearance Motion For Leave To File A Reply To The United States's [*sic*] Response To Show Cause Order To Request This Court To Exercise Supplemental Jurisdiction Over The Claims In The Attached Exhibit A Entitled "Complaint". This attempted filing includes a motion for leave to file a reply to the United States' response to the order to show cause, as well as the actual reply. As an initial matter, there is no provision in the Rules of the United States Court of Federal Claims ("RCFC") regarding the filing of this combined filing. Nonetheless, because of plaintiff's *pro se* status, the document shall be filed by my leave.

Plaintiff's filing contains several violations of the Rules of this Court, including:

1. Serving multiple people along with the attorney of record (*see* RCFC 5.3);

2. Failing to include a table of contents or index to appendix (*see* RCFC 5.4(a)(2)(A));

3. Exceeding the memorandum page limit (*see* RCFC 5.4(b));

4. Failing to follow proper binding requirements (*see* RCFC 5.5(c)(5));

5. Failing to provide two copies of the filing (*see* RCFC 5.5(d)(2));

6. Failing to include the Judge's name on the filings (*see* RCFC 5.5(g)); and

7. Providing the motion and the reply in the same document.

Plaintiff is directed to correct the defects for future filings.

Plaintiff's filing also includes a jury trial demand. The United States Court of Federal Claims operates without juries. By filing in this Court, plaintiff waived her right to a trial by jury. *Arunga v. United States*, 465 F. App'x. 966, 967 (Fed. Cir. 2012) (citing *James v. Caldera*, 159 F.3d 573, 589-90 (Fed. Cir. 1998)).

The Court hereby **GRANTS** the plaintiff's motion for leave to file a reply to the United States' response to the show cause order and directs the Clerk's Office to **FILE** the reply to the defendant's response to the order to show cause and reply to defendant's response to the show cause order by my leave.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge